Opinion issued October 20, 2015



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00601-CR

_____

**ROBERTO MORALES-AGUIRRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 11**
**Harris County, Texas**
**Trial Court Cause No. 1660822**

---

## MEMORANDUM OPINION

Appellant, Roberto Morales-Aguirre, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). Although the motion does not contain a certificate of conference, this motion has been on file

with the Court for more than ten days with no response, and no opinion has issued.

*See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).